**GERMAN MAY PC**
Brandon J.B. Boulware, *pro hac forthcoming*
Daniel B. Hodes, *pro hac forthcoming*
1201 Walnut Street, 20th Floor
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
Email: brandonb@germanmay.com
Email: danh@germanmay.com

**MORRIS POLICH & PURDY LLP**
David J. Vendler, Esq., Bar No. 146528
Litsa Georgantopoulos, Esq., Bar No. 238288
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 417-5122
Facsimile: (213) 488-1178
Email: dvendler@mpplaw.com
Email: lgeorge@mpplaw.com

Attorneys for Defendant,
**SPEEDY CASH**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS.<br><br>Plaintiff,<br><br>vs.<br><br>SPEEDY CASH,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF DAVID J. VENDLER IN SUPPORT OF DEFENDANT SPEEDY CASH'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) [FEDERAL QUESTION JURISDICTION]** |

I, David J. Vendler, declare:

1.   I am an attorney at law duly admitted to practice law in the State of California. I am a partner with the law firm of Morris Polich & Purdy LLP, attorneys of record for Defendant Speedy Cash ("Speedy Cash" or "Defendant").

1

I have personal firsthand knowledge of the facts stated in this declaration. If called to testify, I could and would competently testify to each and every one. I make this declaration in support of Speedy Cash's Notice of Removal of Action pursuant to 28 U.S.C. section 1441 (federal question jurisdiction).

2. Speedy Cash received notice of Plaintiff's Complaint on April 27, 2016.

3. Speedy Cash has not filed an answer to Plaintiff's Complaint. There are no other motions or proceedings are pending in state court.

4. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff Twonesha Johnson-Hendricks' Complaint for violation of the Rosenthal Fair Debt Collection Practices Act and violation of the Telephone Consumer Protection Act filed on April 14, 2016 in the Superior Court of California, County of Solano for Limited Jurisdiction.

5. Attached collectively hereto as Exhibit "B" are true and correct copies of the remaining file from the California Superior Court, County of Solano for Limited Jurisdiction related to this case including the Summons, Civil Case Cover Sheet, and Notice of Case Management Conference One and Notice of Assignment of Judge for All Purposes.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing statements are true and correct.

Executed May 27, 2016, at Los Angeles, California.

*/s/ David J. Vendler*
David J. Vendler, Declarant