**GERMAN MAY PC**
Brandon J.B. Boulware, *pro hac forthcoming*
Daniel B. Hodes, *pro hac forthcoming*
1201 Walnut Street, 20th Floor
Kansas City, MO  64106
Telephone:  (816) 471-7700
Facsimile:   (816) 471-2221
Email:  Brandonb@germanmay.com
Email: danh@germanmay.com

**MORRIS POLICH & PURDY LLP**
David J. Vendler, Esq., Bar No. 146528
Litsa Georgantopoulos, Esq., Bar No. 238288
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone:  (213) 417-5122
Facsimile:   (213) 488-1178
Email: dvendler@mpplaw.com
Email: lgeorge@mpplaw.com

Attorneys for Defendant,
**SPEEDY CASH**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS,<br><br>              Plaintiff,<br>     vs.<br><br>SPEEDY CASH,<br><br>              Defendant. | Case No. 2:16-at-00645<br><br>**DEFENDANT SPEEDY CASH'S NOTICE OF WITHDRAWAL OF REMOVAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Speedy Cash hereby withdraws its Notice of Removal filed on May 27, 2016 (ECF Doc. 1) and currently pending before the Court for the reason that prior to Speedy Cash's filing its removal

1
**DEFENDANT SPEEDY CASH'S NOTICE OF WITHDRAWAL OF REMOVAL**

papers in the California Superior Court, County of Solano, Plaintiff filed a Request for Dismissal, which was entered by the Court on May 27, 2016.  For this reason, this Court never assumed jurisdiction of the case.  On this basis, Speedy Cash requests that this Court issue an order closing its file.

Dated:  June 1, 2016

Respectfully submitted,
**MORRIS POLICH & PURDY LLP**


By:  */s/ David J. Vendler*
David J. Vendler
dvendler@mpplaw.com
Litsa Georgantopoulos
lgeorge@mpplaw.com

**GERMAN MAY PC**
Brandon J.B. Boulware (*pro hac forthcoming*)
Brandonb@germanmay.com
Daniel B. Hodes (*pro hac forthcoming*)
danh@germanmay.com

Attorneys for Defendant
SPEEDY CASH

**DEFENDANT SPEEDY CASH'S NOTICE OF WITHDRAWAL OF REMOVAL**